[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-10275
Non-Argument Calendar
_____

D.C. Docket No. 3:12-cr-00191-TJC-JBT-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY CAMERON,
a.k.a. Isidro Rodriguez,
a.k.a. Baldhead,
a.k.a. Tony,
a.k.a. Heathcliff,
a.k.a. T,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(July 28, 2015)

Before HULL, MARCUS and ROSENBAUM, Circuit Judges.

PER CURIAM:

Christopher Eric Roper, appointed counsel for Anthony Cameron in this criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cameron's conviction and sentence are **AFFIRMED**.